RUMMEL ET AL. *v.* MUSGRAVE ET AL.

No. 303.  Decided October 17, 1960.

*Fred M. Winner* for appellants.

*Duke W. Dunbar,* Attorney General of Colorado, *Frank E. Hickey,* Deputy Attorney General, and *John W. Patterson,* Assistant Attorney General, for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

·PICCOTT *v.* FLORIDA.

No. 112, Misc.  Decided October 17, 1960.

*Tobias Simon* for petitioner.

*Richard W. Ervin,* Attorney General of Florida, and *George R. Georgieff,* Assistant Attorney General, for respondent.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.